UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA S. JACKMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>AARON'S INC. and SULTAN FINANCIAL CORP.,<br><br>                    Defendants. | No. 1:16-cv-00317-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO SET ASIDE DEFAULTS<br><br>(Doc. No. 15) |

Before the court is the parties' stipulation to set aside entry of default entered against defendants Aaron's Inc. and Sultan Financial Corp. Finding good cause, and in light of the parties' stipulation, the court will set aside the Clerk's entry of default. Accordingly,

1. The entries of default entered by the Clerk of the Court on May 31, 2016 (Doc. Nos. 12–13) are hereby set aside; and
2. The summons and complaint in this action are deemed served, and defendants shall file responsive pleadings on or before June 13, 2016.

IT IS SO ORDERED.

Dated:   **June 7, 2016**                              /s/ Dale A. Drozd
                                                       UNITED STATES DISTRICT JUDGE

1