UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA S. JACKMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AARON'S, INC., et al.,<br><br>　　　　　Defendants. | CASE NO.  1:16-cv-00317 DAD JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 22)** |

　　　The plaintiff has notified the Court that she has reached a settlement of the matter with the defendants.  (Docs. 22)  She indicates she will file a stipulated request for dismissal within 60 days. Id. Thus, the Court **ORDERS**:

　　　1.　　The parties **SHALL** file their stipulated dismissal no later than **September 9, 2016**;

　　　2.　　All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

　　　**Failure to comply with this order may result in the imposition of sanctions including the dismissal of the action or striking the answer and entering default.**

IT IS SO ORDERED.

　　　Dated:　**July 19, 2016**　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE