# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA S. JACKMAN., | ) Case No.: 1:16-cv-00317 DAD JLT |
| Plaintiffs, | ) |
| | ) ORDER CLOSING CASE |
| v. | ) |
| | ) (Doc. 24) |
| AARON'S INC., et al., | ) |
| Defendants. | ) |

On August 22, 2016, the parties filed a stipulation to dismiss the action with prejudice. The parties rely on Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (Doc. 24) Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated:   **August 22, 2016**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE